**Order filed January 16, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00534-CV
_____

**JASON FRANCIS, Appellant**

**V.**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A. AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF MORGAN STANLEY ABS CAPITAL I, INC., TRUST 2005-WMC, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-WMC6, Appellees**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-71266**

## ORDER

This is an appeal from a judgment signed May 17, 2013. The notice of appeal and appellant's affidavit of indigence were filed on June 14, 2013. On June 24, 2013, the Harris County District Clerk filed a contest to appellant's affidavit of

1

inability to pay costs.[1]  The Harris County District Clerk also filed a motion for extension of time for a hearing on the contest.  The contest was set for submission before the trial court and on September 9, 2013, the trial court signed an order sustaining the district clerk's contest.  No motion to review the trial court's order was filed.  *See* Tex. R. App. P. 20.1(j)(1).

Therefore, appellant is ordered to pay the appellate filing fee of $175.00 on or before **January 31, 2014**, or the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

Further, appellant is directed to pay or make arrangements to pay for the record in this appeal.[2]  *See* Tex. R. App. P. 35.3(a)(2).  Unless appellant provides this court with proof of payment for the record on or before **January 31, 2014**, we will dismiss the appeal for want of prosecution.  *See*  Tex. R. App. P. 37.3(b).

PER CURIAM

---

[1] Although the contest is file-stamped June 25, 2013, the certificate of service states it was placed in the mail on June 24, 2013.  *See* Tex. R. App. P. 9.2 (b).

[2] The Harris County District Clerk estimates the cost of the clerk's record is $95.00.